AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DAVINA THOMPSON, DANIEL EDMUNDS and SHARON HILL <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE CITY OF NEW YORK, SERGEANT TIMOTHY GILROY, TAX # 936666, POLICE OFFICER JOHN MURPHY, TAX # 944718, and JOHN DOES NOS. 1, 2, 3, ETC., <br><br> *Defendant(s)* | Civil Action No. 19CV1544 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    City of New York
    The New York City Law Department, Corporation Counsel
    100 Church Street
    New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Aaron M. Rubin, Esq.
    99 Wall Street Suite 1130
    New York, New York 10005
    (212) 725-4600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                               DOUGLAS C. PALMER
                                                                                               *CLERK OF COURT*

Date: _____          _____
                                                                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DAVINA THOMPSON, DANIEL EDMUNDS and SHARON HILL<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE CITY OF NEW YORK, SERGEANT TIMOTHY GILROY, TAX # 936666, POLICE OFFICER JOHN MURPHY, TAX # 944718, and JOHN DOES NOS. 1, 2, 3, ETC.,<br><br>*Defendant(s)* | Civil Action No. 19CV1544 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
　　　　　Sergeant Timothy Gilroy, TAX 936666
　　　　　C/O
　　　　　New York City Police Department
　　　　　Harbor Unit
　　　　　140 58th Street
　　　　　Brooklyn, NY 11220

　　A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　　Aaron M. Rubin, Esq.
　　　　　99 Wall Street Suite 1130
　　　　　New York, New York 10005
　　　　　arubin@amresquire.com

　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS C. PALMER
　　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| DAVINA THOMPSON, DANIEL EDMUNDS and SHARON HILL<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE CITY OF NEW YORK, SERGEANT TIMOTHY GILROY, TAX # 936666, POLICE OFFICER JOHN MURPHY, TAX # 944718, and JOHN DOES NOS. 1, 2, 3, ETC.,<br><br>*Defendant(s)* | Civil Action No. 19CV1544 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Police Officer John Murphy, TAX 944718
C/O
New York City Police Department
121 Precinct
970 Richmond Avenue
Staten Island, NY 10314

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Aaron M. Rubin, Esq.
99 Wall Street Suite 1130
New York, New York 10005
arubin@amresquire.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____                              _____
*Signature of Clerk or Deputy Clerk*