

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ARTUR G. JAGIELSKI<br>*Assistant Corporation Counsel*<br>ajagiels@law.nyc.gov<br>Phone: (212) 356-2329 |
|---|---|---|

August 23, 2019

**VIA ECF**
Honorable Roanne L. Mann
Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Davina Thompson v. City of New York et al.</u>
              19-cv-1544 (FB) (RLM)

Your Honor:

      I am an Assistant Corporation Counsel and the attorney assigned to the defense of the above-referenced matter. I submit this letter on behalf of both parties. At the initial conference hearing held on July 12, 2019, Your Honor directed the parties to file a joint status report/letter-request for a settlement conference or a referral to Court-annexed mediation by August 23, 2019. At this time, the parties positions are so far apart that a settlement conference would be futile. The parties will continue to engage in discovery and will contact this Court at a later time should discussions regarding settlement become a possibility.

                                      Respectfully submitted,

                                      ARTUR G. JAGIELSKI
                                      Assistant Corporation Counsel