

| | | |
|---|---|---|
| **JAMES E. JOHNSON**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **BRIAN ZAPERT**<br>*Senior Counsel*<br>bzapert@law.nyc.gov<br>Phone: (212) 356-2329 |

January 10, 2020

**BY ECF**
Honorable Roanne L. Mann
Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Davina Thompson v. City of New York et al.
                   19-cv-1544 (FB) (RLM)

Your Honor:

      I am the attorney assigned to the defense of the above-referenced matter. I submit this letter on behalf of both parties. Discovery is set to close today, January 10, 2020. Both parties request a 60 day extension, to March 10, 2020, in order to continue to engage in discovery and to conduct depositions, and correspondingly extend the deadline for requesting a settlement conference from January 17 to March 17, 2020. This is the first request to extend discovery. Plaintiff consents to and joins in this request.

      Parties have now completed the bulk of the document discovery including responses to interrogatories and document requests, but no depositions have been taken. Additionally, counsel for both parties were engaged in lengthy trial litigation in the months leading up to the holiday season, which further contributed to delays in scheduling depositions in this matter.
      Defendants intend to depose all three plaintiffs, and plaintiffs intend to depose Officer Murphy and Sergeant Gilroy. We have agreed to start depositions during the first week of February, and anticipate that we can complete all outstanding discovery, including any miscellaneous discovery that may develop during depositions, by March 17, 2020.

There is currently a settlement conference scheduled in this case for January 23, 2020. The Defendants are not presently interested in settlement and we request that the conference be cancelled.

Respectfully submitted,

BRIAN ZAPERT

cc.